UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK
*************************************

WANDA ANAYA-VELAZQUEZ,
          Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
*************************************

Civil Action No.
05-cv-0447
FJS/GJD

**STIPULATION OF REMAND**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties in the above-entitled action that the final decision of the Secretary is reversed and the case is remanded for rehearing, pursuant to the fourth sentence of 42 U.S.C. § 405(g). The clerk is directed to enter judgment in this case.

Dated: August 17, 2006

/s/ Louise M. Tarantino
Louise M. Tarantino, Esq.
Empire Justice Center
119 Washington Avenue
Albany, New York 12210
Attorney for Plaintiff

Dated: January 4, 2006

GLENN T. SUDDABY
United States Attorney
P.O. Box 7198
100 S. Clinton Street
Syracuse, New York 13261-7198

By: /S/ William H. Pease
William H. Pease - 102338
Assistant U.S. Attorney

SO ORDERED:
Dated: Aug 21 '06
Syracuse, New York

HON. GUSTAVE J. DIBIANCO
U.S. MAGISTRATE JUDGE